PEOPLE v. JOHNSON.

CRIMINAL LAW—UTTERING AND PUBLISHING—FORGED CHECK.
Evidence in prosecution for uttering and publishing forged check *held,* sufficient to find defendant guilty of offense charged beyond reasonable doubt.

Appeal from Macomb, Noe (Alton H.), J. Submitted Division 2 April 2, 1968, at Lansing. (Docket No. 2,616.) Decided June 10, 1968. Leave to appeal denied August 15, 1968. See 381 Mich 771.

Richard Lee Johnson was convicted of uttering and publishing a forged check. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George N. Parris,*

REFERENCE FOR POINTS IN HEADNOTE
36 Am Jur 2d, Forgery § 47 *et seq.*

Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Stephen F. Osinski*, Assistant Prosecuting Attorney, for the people.

*Martin J. Smith*, for defendant.

Per Curiam. Defendant was convicted by a jury of the crime of uttering and publishing a forged check, CL 1948, § 750.249 (Stat Ann 1962 Rev § 28.446). He appeals.

We have concluded from our examination of the record and briefs that defendant's allegations of error are without merit. The people presented sufficient evidence to find defendant guilty of the offense charged beyond a reasonable doubt.

Affirmed.

Lesinski, C. J., and T. G. Kavanagh and T. J. Foley, JJ., concurred.